Leonard A. SMITH, Plaintiff—
Appellant,

v.

Josephine MITCHELL; Rebecca Smith;
Fred Pauer; Brenda Young; Behavioral Disorders Treatment Program,
Defendants—Appellees.

Leonard A. Smith, Plaintiff—Appellant,

and

Lew E. Wallace, III; Alfred Oliver; Michael Malo; Delmer Burnett; Ernest
A. Larch; Donald Ray Perry; Jerry
Marcus; Frankie Muller; Calvin
Williams; Robert W. Wideman; Anthony McQueen; Calvin Gary; Marion Campbell; Joe H. Galloway; Alvin
Cantrell; Raymond Magazine; Kevin
G. Belt, Plaintiffs,

v.

William D. Catoe, Director of the South
Carolina Department of Corrections,
Defendant—Appellee.

Leonard A. Smith, Plaintiff—Appellant,

v.

Larry Montgomery, Doctor, individually
and as Program Coordinator of the
Behavioral Disorder Treatment Program of the South Carolina Department of Mental Health; Josephine
Mitchell; Fred Pauer; South Carolina Department of Mental Health,
Defendants—Appellees.

Nelson Booth; Paul Newman Allen;
Donald L. McCracken,
Movants.

Leonard A. Smith, Plaintiff—Appellant,

v.

Latoya Spell; Josephine Mitchell; Rebecca Smith; Fred Pauer; Ranki
Pickens; Brenda Young, Defendants—Appellees.

Leonard A. Smith, Plaintiff—Appellant,

v.

Ralph S. Beardsley, Warden of Turbeville Correctional Institution; George
Martin, III, Warden, Regional Administrator; Armstrong, Retired Deputy
Warden; Sherri Lopez; David Arel,
Defendants—Appellees.

Nos. 04–7321, 04–7322, 04–7323,
04–7324, 04–7325.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 16, 2004.

Decided Dec. 22, 2004.

Leonard A. Smith, Appellant pro se.
Joseph Crouch Coleman, Columbia, South
Carolina; Vinton DeVane Lide, Vinton D.
Lide & Associates, Lexington, South Carolina; John Evans James III, Lee, Erter,
Wilson, James, Holler & Smith, LLC,
Sumter, South Carolina, for Appellees.

Before MICHAEL, KING, and
SHEDD, Circuit Judges.

PER CURIAM.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

Leonard A. Smith filed notices of appeals in these five consolidated appeals (appeal nos. 04–7321(L); 04–7322; 04–7323; 04–7324; and 04–7325) in which the district court assessed against him court filing fees under the Prisoner Litigation Reform Act ("PLRA") and then ultimately dismissed the cases. We dismiss these appeals for lack of jurisdiction because the notices of appeal were not timely filed either as to the district court's application of the PLRA to Smith, or to its dismissal of the underlying actions.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's orders dismissing the underlying actions were entered on the docket on November 21, 2000, April 3, 2000, April 15, 2002, April 13, 2000, and May 17, 2001. The notices of appeal collectively were filed on August 3, 2004. Because Smith failed to file timely notices of appeal or to obtain an extension or reopening of the appeal periods, we dismiss these appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials presented before the court and argument would not aid the decisional process.

*DISMISSED*